FILED
BILLINGS DIV.

2007 OCT 16 PM 12 46

PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR-07-85-BLG-JDS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHANTAE HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

Presently before the Court is the Government's Motion to Dismiss without prejudice. In response, the Defendant objects and contends that the Government has failed to meet the requirements of F.R.Crim.P. 48(a). Specifically, Defendant argues that the Government has failed to state the grounds for its motion to dismiss as required by the Rule. Subsequently, the Government has filed a Memorandum in Support of Motion to Dismiss (*Doc. 22*).

In said Memorandum, the Government states that the grounds for seeking dismissal without prejudice is that after "additional investigation and the testimony of other cooperating witnesses/defendants, it has become apparent that defendant Shantae Harris' criminal activity far exceeds the current charges in this indictment."

Generally, the government may, with leave of the court, dismiss an indictment, information, or complaint. Fed.R.Crim.P. 48(a). The primary purpose of the rule is to protect a criminal defendant from prosecutorial harassment. <u>Rinaldi v. United States</u>, 434 U.S. 22, 31 (1977). Courts

have recognized that a prosecutor can abuse his powers and harass a defendant by repetitively filing, dismissing and recharging him with a crime. Id., 434 U.S. at 29 n. The rule is also intended to allow courts to consider public interest, fair administration of criminal justice and preservation of judicial integrity when evaluating motions to dismiss United States v. Gonsalves, 781 F.2d 1319, 1320 (9th Cir.1986).

Having considered the Government's grounds for dismissal, this Court concludes that the grounds articulated by the government establish that the dismissal is not clearly contrary to manifest public interest. U.S. v. Gonzalez, 58 F.3d 459, 463 (9th Cir. 1995). Further given the grounds for dismissal, this Court cannot conclude that the government's conduct reflects an abuse of prosecutorial authority or harassment of the defendant.

For the foregoing reasons, IT IS HEREBY ORDERED that the Government's Motion to Dismiss (*Doc. # 18*) is GRANTED.

IT IS FURTHER ORDERED that the Indictment in this case be DISMISSED WITHOUT PREJUDICE.

The Clerk of Court shall notify the parties forthwith of the making of this Order.

DATED this 16th day of October, 2007.

*Jack D. Shanstrom*
_____
Jack D. Shanstrom
Senior U.S. District Court Judge